ORIGINAL

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0393
_____

ANGELA E. HELVEY,

    Plaintiff and Appellant,

v.

POPLAR PUBLIC SCHOOLS,

    Defendant and Appellee.
_____

FILED

09/09/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0393

FILED

SEP 09 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

    Upon consideration of Appellant's motion for a 10-day extension of time, and good cause appearing,

    IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including September 18, 2020, within which to file her corrected opening brief.

    No further extensions will be granted.

    DATED this 9th day of September, 2020.

For the Court,

_____
Chief Justice